Form clsnodsc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   10–14559 TJC    Chapter:   7

Selina T Williams  
Debtor(s)

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case is eligible to be closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 7/1/10

Mark D. Sammons, Clerk of Court  
by Deputy Clerk, M Rybczynski 410–962–4255